**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

John Anthony Rustin,

    Petitioner,

v.

Charles L Ryan, et al.,

    Respondents.

No. CV-19-02820-PHX-DLR

**ORDER**

  Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Eileen S. Willett (Doc. 13) regarding Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1). The R&R recommends that the petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the R&R to file specific written objections with the Court. (Doc. at 13.) Petitioner filed an objection to the R&R on March 11, 2020, (Doc. 14); Respondents filed no response.

  The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Magistrate Judge correctly found that Petitioner's petition is untimely, that equitable tolling is unavailable, and that the actual innocence/*Schlup* gateway does not apply to excuse the untimeliness of the petition. Petitioner's brief objection does not point to any particular error in the R&R, but instead asserts that his petition should not be considered untimely

because he is pro se, noting that he "has diligently proceeded without counsel and has been extremely limited to resources and assistance in dealing with these Court proceedings." (Doc. 14 at 1.)   As emphasized by the Magistrate Judge, "[a] petitioner's pro se status, on its own, is not enough to warrant equitable tolling."  (Doc. 13 at 6 (citing *Johnson v. United States*, 544 U.S. 295, 311 (2005))).   Petitioner has not alleged other facts that might constitute an extraordinary circumstance warranting equitable tolling or made additional arguments that otherwise suggest that the Magistrate Judge erred.

**IT IS ORDERED** that the R&R (Doc.18) is **ACCEPTED**.

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED** with prejudice.

**IT IS ORDERED** that a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable, and because Petitioner has not made a substantial showing of the denial of a constitutional right. The Clerk of the Court shall enter judgment denying and dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1) with prejudice and shall terminate this action.

Dated this 29th day of May, 2020.

Douglas L. Rayes
United States District Judge